458 A.2d 277

Commonwealth v. Rearick, Appellant.

Submitted October 28, 1981. John J. Morgan, for appellant; Robert F. Hawk, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and WATKINS, JJ.

Judgment of sentence affirmed.